FILED
2014 Jun-30  PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| RUSSELL SCIVALLY, et al., | ) |
| Plaintiffs | ) |
| vs. | ) Case No. 5:14-cv-01054-WMA |
| CITIMORTGAGE, INC., | ) |
| Defendant | ) |

## MEMORANDUM OPINION

On June 9, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiffs or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge except for the alternative recommendation that the case be remanded. The court ACCEPTS the recommendations of the magistrate judge that this action be dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 30th day of June, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

DONE this 30th day of June, 2014.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE